**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCESS ROBINSON, individually and as successor in interest to Robert Robinson, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF RIVERSIDE; YASH PATEL; JOSHUA FANEUFF; FLORIN BLAJ; JASON CORTEZ; KAYLA MENDEZ; and DOES 3 through 10, inclusive,<br><br>Defendants. | **Case No.: 5:23-cv-00799-JAK-KK**<br><br>[*Hon. John A. Kronstadt*]<br>[*Hon. Magistrate Judge Kenly Kato*]<br><br>**DECLARATION OF BENJAMIN S. LEVINE IN RESPONSE TO ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION AS TO JASON CORTEZ AND KAYLA MENDEZ** |

## DECLARATION OF BENJAMIN S. LEVINE

I, Benjamin S. Levine, hereby declare as follows:

1. I am an attorney licensed to practice law in the United States District Court for the Central District of California. I am one of the attorneys of record for Plaintiff in this instant action. I make this declaration in response to the Court's Order To Show Cause Re Dismissal For Lack of Prosecution As To Jason Cortez And Kayla Mendez, issued August 7, 2023. (Dkt. 21.) I have personal knowledge of the matters stated herein and could and would testify competently thereto if called.

2. On May 4, 2023, my office filed the original Complaint in this action, which named the County of Riverside, Yash Patel, Joshua Faneuff, and Florin Blaj as defendants. (Dkt. 1.)

3. On July 17, 2023, my office filed a First Amended Complaint in this action. (Dkt. 14.) In addition to the previously named defendants, the First Amended Complaint named Jason Cortez and Kayla Mendez as defendants. (*Id.*) Jason Cortez and Kayla Mendez were not named as defendants in the original Complaint. (Dkt. 1.)

4. Because Jason Cortez and Kayla Mendez were first named as defendants in this action on July 17, 2023, I understood the 90-day period in which to effectuate service, as set forth in Federal Rule of Civil Procedure 4(m), to begin to run on July 17, 2023. On that basis, I understood the deadline to serve these defendants, pursuant to Rule 4(m), to be on or about October 15, 2023.

5. On July 18, 2023, the Court issued a Summons on the First Amended Complaint. (Dkt. 16.)

6. On July 26, 2023, my office placed an order with a third-party process service to effectuate service of the new Summons and the First Amended Complaint on Defendants Cortez and Mendez.

7. On July 31, 2023, a process server attempted to serve these Defendants and was advised that these Defendants had to be served at an alternate address.

8. On August 4, 2023, my office directed the third-party process service to attempt service at the alternate address.

9. As of the time of the filing of this declaration, service of Defendants Cortez and Mendez remains pending. Once my office receives confirmation that these defendants have been served, proofs of service will be promptly filed with the Court.

10. In light of the above, I respectfully request that the Order to Show Cause be discharged.

DATED: AUGUST 9, 2023                LAW OFFICES OF DALE K. GALIPO

                                              by   */s/ Benjamin S. Levine*
                                              Dale K. Galipo
                                              Benjamin S. Levine
                                              Attorneys for Plaintiff