Eugene P. Ramirez (State Bar No. 134865)
  *epr@manningllp.com*
Kayleigh Andersen (State Bar No. 306442)
  *kaa@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor,
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, COUNTY OF RIVERSIDE; YASH PATEL; JOSHUA FANUEFF; FLORIN BLAJ; KEILA MENDEZ; and JASON CORTEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCESS ROBINSON, individually and as successor in interest to Robert Robinson, deceased,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF RIVERSIDE; YASH PATEL; JOSHUA FANUEFF; FLORIN BLAJ; and DOES 1-10, Inclusive,<br><br>    Defendants. | Case No. 5:23-cv-00799-JAK-KK<br><br>**STIPULATION AND JOINT REQUEST FOR AN ORDER CONTINUING COURT'S SCHEDULING ORDER DEADLINES**<br><br>[*Proposed Order Filed Concurrently*]<br><br>*Action Filed:     05/04/2023* |

**TO THE HONORABLE COURT:**

IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff PRINCESS ROBINSON, individually and as successor in interest to Robert Robinson, deceased ("Plaintiff") and defendants COUNTY OF RIVERSIDE; YASH PATEL; JOSHUA FANUEFF; FLORIN BLAJ; KEILA MENDEZ; and JASON CORTEZ ("Defendants") – the parties – hereby stipulate for the purpose of jointly requesting that the honorable Court enter an order, pursuant to Fed. R. Civ. P. 16(b)(4) and any applicable Orders of the Court, modifying the existing scheduling order in this case,

as follows:

**GOOD CAUSE STATEMENT.**

1. This is a complicated wrongful death civil rights case involving the Riverside County Sheriff's Department. The original Complaint was filed on May 4 2023.

2. After the Complaint was filed, additional individual defendants were added as defendants in the First Amended Complaint and filed their Answer on July 27, 2023 and August 30, 2023. [Dkt. Docs. 20 & 25].

3. The Court issued the Order Setting Pretrial Deadlines on September 22, 2023. [Dkt. Doc. 30]. No Trial date has been set in this matter.

4. The parties have been diligently engaged in written discovery and plaintiff has taken the depositions of the individual defendants. Due to difficulties subpoenaing medical and mental health records regarding the Decedent, the parties and their experts have been unable to review all of the relevant records and the deposition of one of the individual medical defendants may need a second session. Defendants will be taking the depositions of the Plaintiff on or about June 7, 2024. Additional depositions of County PMKs or personnel may also be taken before the discovery cut-off.

5. The parties have agreed to mediation with panel mediator Richard Copeland. The parties set mediation with Mr. Copeland for May 22, 2024. However, counsel for Defendants is set to start trial in the Central District on May 21, 2024, which has now prevented defendants' counsel from participating in the scheduled mediation. The parties have now reserved a new date for mediation with Mr. Copeland for July 18, 2024, which is the earliest date the mediator had available where defendants were also available. This falls after the current mediation cutoff of May 22, 2024.

6. In order to complete the remaining discovery with sufficient time before expert disclosures and the filing of dispositive motions, as well as to allow the parties

to engage in a meaningful mediation on the July 18, 2024 date, the parties are informed and believe that there is good cause for a continuance of the scheduling order deadlines in this matter.

7. This is the first request by the parties for a continuance of the Court's scheduling order deadlines in this matter.

**STIPULATION RE CONTINUANCE OF SCHEDULING ORDER DEADLINES.**

8. Accordingly, in light of the foregoing Good Cause, the parties hereby stipulate and request a modification of the Court's scheduling order and case management deadlines along the following lines:

| EVENT | CURRENT DEADLINE | REQUESTED DEADLINE |
|---|---|---|
| **Deadline to Conduct Settlement Conference** | 05/22/24 | 07/19/24 |
| **Post-Mediation Status Conference** | 06/03/24 at 11:30 a.m. | 07/29/24 at 11:30 a.m. |
| **Non-Expert Discovery Cut-Off** | 06/10/24 | 07/12/24 |
| **Initial Expert Disclosures** | 06/24/24 | 07/26/24 |
| **Rebuttal Expert Disclosures** | 07/08/24 | 08/09/24 |
| **Expert Discovery Cut-Off** | 07/22/24 | 08/23/24 |
| **Last Day to File All Motions** | 07/22/24 | 08/23/24 |

9. Except as specified herein above, all other dates and deadlines operative as of the Court's prior scheduling order [*e.g.* Doc. 30] shall remain unchanged and unaffected by the parties' stipulation.

10. This Stipulation may be signed in counterpart and a facsimile or electronic signature shall be as valid as an original signature.

**IT IS SO STIPULATED.**

DATED: May 14, 2024             **MANNING & KASS**
                                **ELLROD, RAMIREZ, TRESTER LLP**


                                By:     */s/ Kayleigh Andersen*
                                    Eugene P. Ramirez
                                    Kayleigh Andersen
                                    Attorneys for Defendants, COUNTY OF RIVERSIDE; YASH PATEL; JOSHUA FANUEFF; FLORIN BLAJ; KEILA MENDEZ; and JASON CORTEZ

DATED: May 14, 2024             **LAW OFFICES OF DALE K. GALIPO**


                                By:     */s/ Benjamin Levine*
                                    Dale K. Galipo
                                    Benjamin Levine
                                    Attorneys for Plaintiff