# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCESS ROBINSON, individually and as successor in interest to Robert Robinson, deceased,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF RIVERSIDE; YASH PATEL; JOSHUA FANUEFF; FLORIN BLAJ; and DOES 1-10, Inclusive,<br><br>    Defendant. | Case No. 5:23-cv-00799-JAK-KK<br><br>**[PROPOSED] ORDER RE STIPULATION AND JOINT REQUEST FOR AN ORDER CONTINUING COURT'S SCHEDULING ORDER DEADLINES**<br><br>*Action Filed:    05/04/2023* |

PURSUANT TO THE STIPULATION OF THE PARTIES, and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Central District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefor, and in furtherance of the interests of justice,

    IT IS HEREBY ORDERED that:

1. The Court hereby orders that the operative scheduling order deadlines [see Doc. 30] are continued as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Deadline to Conduct Settlement Conference | 05/22/24 | 07/19/24 |
| Post-Mediation Status Conference | 06/03/24 at 11:30 a.m. | 07/29/24 at 11:30 a.m. |
| Non-Expert Discovery Cut-Off | 06/10/24 | 07/12/24 |
| Initial Expert Disclosures | 06/24/24 | 07/26/24 |
| Rebuttal Expert Disclosures | 07/08/24 | 08/09/24 |
| Expert Discovery Cut-Off | 07/22/24 | 08/23/24 |
| Last Day to File All Motions | 07/22/24 | 08/23/24 |

2. Except as specified herein above, all other dates and deadlines operative as of the Court's prior scheduling order [*e.g.* Doc. 30] shall remain unchanged and unaffected by the parties' stipulation.

**IT IS SO ORDERED.**

DATED: _____, 2024     **UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

By: _____
Hon. John A. Kronstadt,
UNITED STATES DISTRICT JUDGE