# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCESS ROBINSON, individually and as successor in interest to Robert Robinson,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF RIVERSIDE; YASH PATEL; JOSHUA FANUEFF; FLORIN BLAJ; and DOES 1-10, inclusive,<br><br>Defendants. | No. ED CV23-00799-JAK (DTBx)<br><br>**ORDER RE STIPULATION REGARDING (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT (DKT. 34)** |

1

Based on a review of the Stipulation and Joint Request for an Order Continuing Court's Scheduling Order Deadlines (the "Stipulation" (Dkt. 34)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

1. The following dates and deadlines are continued as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Last day to participate in a settlement conference/mediation | May 22, 2024 | July 19, 2024 |
| Post Mediation Status Conference | June 3, 2024 at 11:30 a.m. | July 29, 2024 at 11:30 a.m. |
| Non-Expert Discovery Cut-Off | June 10, 2024 | July 12, 2024 |
| Initial Expert Disclosures | June 24, 2024 | July 26, 2024 |
| Rebuttal Expert Disclosures | July 8, 2024 | August 9, 2024 |
| Expert Discovery Cut-Off | July 22, 2024 | August 23, 2024 |
| Last Day to file All Motions | July 22, 2024 | August 23, 2024 |

2. All other dates and deadlines set forth in the Court's prior scheduling order (Dkt. 30) shall remain unchanged and unaffected.

**IT IS SO ORDERED.**

Dated: May 16, 2024

John A. Kronstadt
United States District Judge