**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiff PRINCESS ROBINSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCESS ROBINSON, individually and as successor in interest to Robert Robinson, deceased,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF RIVERSIDE; YASH PATEL; JOSHUA FANUEFF; FLORIN BLAJ; and DOES 1-10, Inclusive,<br><br>　　　　　Defendants. | Case No. 5:23-cv-00799-JAK-KK<br><br>**STIPULATION AND JOINT REQUEST FOR AN ORDER CONTINUING SCHEDULING ORDER DEADLINES**<br><br>[*Proposed Order Filed Concurrently Herewith*]<br><br>Action Filed:　　05/04/2023 |

**TO THE HONORABLE COURT:**

　　IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff PRINCESS ROBINSON, individually and as successor in interest to Robert Robinson, deceased ("Plaintiff") and defendants COUNTY OF RIVERSIDE; YASH PATEL; JOSHUA FANUEFF; FLORIN BLAJ; KEILA MENDEZ; and JASON CORTEZ ("Defendants"), for the purpose of jointly requesting that the honorable Court enter an order, pursuant to Fed. R. Civ. P. 16(b)(4) and any applicable Orders of the Court, modifying the existing scheduling order in this case, as follows:

/ / /

**GOOD CAUSE STATEMENT.**

1. The original Complaint in this action was filed on May 4, 2023.

2. After the Complaint was filed, additional individual defendants were added as defendants in the First Amended Complaint and filed their Answer on July 27, 2023, and August 30, 2023. [Dkt. 20, 25].

3. The Court issued an Order Setting Pretrial Deadlines on September 22, 2023. [Dkt. 30]. The schedule set in that Order has since been amended once. [Dkt. 35.] No Trial date has been set in this matter.

4. The parties have agreed to mediation with panel mediator Richard Copeland. The mediation is set for July 18, 2024.

5. The current deadline for initial expert disclosures in this case is July 26, 2024. [Dkt. 35.] With this deadline, the parties' initial expert disclosures are currently due 8 days after the scheduled mediation, and the remaining expert deadlines come soon after. [*See id.*]

6. This is a complicated wrongful death case involving constitutional due process and state law claims against jail officials, including medical and mental health providers, based on the death of Plaintiff's decedent by suicide in a jail facility operated by the Riverside County Sheriff's Department. The case involves more complex issues of liability and damages than does a typical civil rights wrongful death action, and thus requires opinions of specialized experts.

7. The parties to this action are approaching the upcoming mediation in good faith with the intention to resolve this action at the mediation if a settlement agreeable to all parties can be reached.

8. In light of the foregoing, it is in all parties' interests to allow additional time between the mediation and the expert deadlines in this case. Such additional time would allow the parties to focus on the mediation without incurring additional costs. Such additional costs, if incurred, may impede early resolution of the case and will prove unnecessary if the case resolves at mediation.

9. Following the expert deadlines, the only remaining date or deadline set by the court in this action is the August 23, 2024, motion filing deadline. [Dkt. 35.] Any dispositive motion filed in this action would require the use of expert testimony, given the complex issues in this action.

10. The parties are therefore informed and believe that there is good cause for a continuance of the expert deadlines and motion filing deadline in this case.

11. This is the second request by the parties for a continuance of the Court's scheduling order deadlines in this case.

**STIPULATION RE CONTINUANCE OF SCHEDULING ORDER DEADLINES.**

12. Accordingly, in light of the foregoing Good Cause, the parties hereby stipulate and request a modification of the Court's scheduling order and case management deadlines along the following lines:

| EVENT | CURRENT DEADLINE | REQUESTED DEADLINE |
|---|---|---|
| **Initial Expert Disclosures** | 07/26/24 | 10/04/24 |
| **Rebuttal Expert Disclosures** | 08/09/24 | 11/01/24 |
| **Expert Discovery Cut-Off** | 08/23/24 | 11/22/24 |
| **Last Day to File All Motions** | 08/23/24 | 12/06/24 |

13. Except as specified herein above, all other dates and deadlines operative as of the Court's prior scheduling order [*e.g.* Doc. 30] shall remain unchanged and unaffected by the parties' stipulation. There is no final pretrial conference or trial date in this action, so such events would not be affected by the parties' stipulation.

14. This Stipulation may be signed in counterpart and a facsimile or electronic signature shall be as valid as an original signature.

**IT IS SO STIPULATED.**

DATED: June 7, 2024    **LAW OFFICES OF DALE K. GALIPO**

By: _____/s/ Benjamin S. Levine_____
Dale K. Galipo
Benjamin S. Levine[1]
Attorneys for Plaintiff

DATED:  June 7, 2024    **MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: _____/s/ Kayleigh Andersen_____
Eugene P. Ramirez
Kayleigh Andersen
Attorneys for Defendants, COUNTY OF RIVERSIDE; YASH PATEL; JOSHUA FANUEFF; FLORIN BLAJ; KEILA MENDEZ; and JASON CORTEZ

---

[1] Pursuant to C.D. Cal. Local Rule 5-4.3.4(a)(2)(i), I, Benjamin S. Levine, hereby certify that the content of this document is acceptable to all parties listed above, by and through their counsel of record, and that I have obtained authorization from each party's counsel to affix their electronic signatures to this document.