UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCESS ROBINSON, individually and as successor in interest to Robert Robinson, deceased,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF RIVERSIDE; YASH PATEL; JOSHUA FANUEFF; FLORIN BLAJ; and DOES 1-10, Inclusive,<br><br>    Defendant. | No. 5:23-cv-00799-JAK (KKx)<br><br>**ORDER RE STIPULATION AND JOINT REQUEST FOR AN ORDER CONTINUING SCHEDULING ORDER DEADLINES (DKT. 36)** |

Based on a review of the Stipulation and Joint Request for an Order Continuing Scheduling Order Deadlines (the "Stipulation" (Dkt. 36)), sufficient good cause has been show for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

1. The following dates and deadlines are continued as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
| --- | --- | --- |
| **Initial Expert Disclosures** | July 26, 2024 | October 4, 2024 |
| **Rebuttal Expert Disclosures** | August 9, 2024 | November 1, 2024 |
| **Expert Discovery Cut-Off** | August 23, 2024 | November 22, 2024 |
| **Last Day to File All Motions** | August 23, 2024 | December 6, 2024 |

2. If during this time period, the parties finalize a settlement agreement in this action, they shall file a corresponding notice within seven days of reaching that agreement, which includes a proposed date by which they will request the dismissal of this action.

3. All other dates and deadlines set forth in the Court's prior scheduling order (Dkts. 30, 35) shall remain unchanged and unaffected.

**IT IS SO ORDERED.**

Date: June 10, 2024

John A. Kronstadt
United States District Judge