| | |
|---|---|
| 1 | **LAW OFFICES OF DALE K. GALIPO** |
| 2 | Dale K. Galipo (SBN 144074) |
|   | *dalekgalipo@yahoo.com* |
| 3 | Benjamin S. Levine (SBN 342060) |
|   | *blevine@galipolaw.com* |
| 4 | 21800 Burbank Blvd., Suite 310 |
|   | Woodland Hills, CA 91367 |
| 5 | Tel:   (818) 347-3333 |
|   | Fax:   (818) 347-4118 |

*Attorneys for Plaintiff*

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
Eugene P. Ramirez (SBN 134865)
  *eugene.ramirez@manningkass.com*
Kayleigh A. Andersen (SBN 306442)
  *kayleigh.andersen@manningkass.com*
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCESS ROBINSON, individually and as successor in interest to Robert Robinson, deceased,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF RIVERSIDE; YASH PATEL; JOSHUA FANEUFF; FLORIN BLAJ; JASON CORTEZ; KAYLA MENDEZ; and DOES 3 through 10, inclusive,<br><br>Defendants. | **Case No. 5:23-cv-00799-JAK-DTB**<br>*District Judge John A. Kronstadt*<br>*Mag. Judge David T. Bristow*<br><br>**NOTICE OF CONDITIONAL SETTLEMENT OF ENTIRE CASE AND REQUEST TO VACATE ALL DATES** |

1
NOTICE OF CONDITIONAL SETTLEMENT OF ENTIRE CASE

**TO THE HONORABLE COURT:**

Plaintiff PRINCESS ROBINSON ("Plaintiff"), and Defendants COUNTY OF RIVERSIDE; YASH PATEL; JOSHUA FANEUFF; FLORIN BLAJ; JASON CORTEZ; and KEILA MENDEZ ("Defendants"), by and through their respective attorneys of record, hereby inform the Court of their conditional settlement of this entire matter, and respectfully request that the Court vacate all dates in this matter as the parties finalize their settlement, and stipulate as follows:

WHEREAS, on July 18, 2024, the parties participated in a mediation with ADR Panel Mediator Richard Copeland and all parties reached an agreement to settle the entire case.

WHEREAS, the proposed settlement is conditioned upon the approval by the Risk Management Steering Committee and the County of Riverside Board of Supervisors. This is anticipated to take up to 90 days.

WHEREAS, the parties respectfully request that all dates and deadlines be vacated based on the parties' conditional settlement of the entire action.

WHEREAS, the parties further request that the Court set a status conference in ninety (90) days to allow time for the parties to consummate the terms of the settlement, including the approval by the Steering Committee and Board of Superiors, payment of the settlement funds, and for the parties to subsequently file a stipulated dismissal of the action with prejudice.

WHEREAS, based on the above, good cause exists for granting the parties' stipulation.

/ / /

/ / /

IT IS SO STIPULATED.

Dated: July 23, 2024       **LAW OFFICES OF DALE K. GALIPO**

By: */s/ Benjamin Levine*
     Dale K. Galipo
     Benjamin S. Levine[1]
     *Attorneys for Plaintiff*


Dated: July 23, 2024       **MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**

By: */s/ Kayleigh Andersen*
     Eugene P. Ramirez
     Kayleigh A. Andersen
     *Attorneys for Defendants*

---

[1] As the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.