**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
  *dalekgalipo@yahoo.com*
Benjamin S. Levine (SBN 342060)
  *blevine@galipolaw.com*
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

*Attorneys for Plaintiff*

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
Eugene P. Ramirez (SBN 134865)
  *eugene.ramirez@manningkass.com*
Kayleigh A. Andersen (SBN 306442)
  *kayleigh.andersen@manningkass.com*
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCESS ROBINSON, individually and as successor in interest to Robert Robinson, deceased,<br><br>               Plaintiff,<br><br>        v.<br><br>COUNTY OF RIVERSIDE; YASH PATEL; JOSHUA FANEUFF; FLORIN BLAJ; JASON CORTEZ; KAYLA MENDEZ; and DOES 3 through 10, inclusive,<br><br>               Defendants. | **Case No. 5:23-cv-00799-JAK-DTB**<br>*District Judge John A. Kronstadt*<br>*Mag. Judge David T. Bristow*<br><br>**JOINT STATUS REPORT RE CONDITIONAL SETTLEMENT AND REQUEST FOR ADDITIONAL TIME TO COMPLETE SETTLEMENT** |

1

**JOINT STATUS REPORT RE CONDITIONAL SETTLEMENT**

**TO THE HONORABLE COURT:**

On July 23, 2024, the parties filed a Notice of Conditional Settlement. [Doc. 39]. The Court issued an Order that the parties either file a stipulation and order for dismissal or judgment; or a motion to reopen if settlement has not been consummated no later than October 21, 2024. [Dkt. 40]. Based on the information below, the parties respectfully request additional time to finalize the conditional settlement.

On or about July 18, 2024, the parties reached a conditional settlement of this entire action. The settlement was conditioned on approval by both the Risk Management Steering Committee and the County of Riverside Board of Supervisors. On or about August 7, 2024, the settlement was approved by the Risk Management Steering Committee. This is a condition precedent to the Board of Supervisors' approval. On October 8, 2024, the County of Riverside Board of Supervisors approved settlement. The County of Riverside is now waiting for the minute order from the Board of Supervisors session in order to issue the check. This process is anticipated to be completed within 14 days from the date of this status letter.  The parties intend to file a Stipulation for Dismissal of Entire Action with Prejudice pursuant to the approved settlement of this matter within 14 days of receipt of the settlement funds.

Based on the above, the parties respectfully request until November 18, 2024 to finalize settlement of this matter in its entirety.

Thus, it is respectfully requested that the Court maintain jurisdiction over this matter and continue the Order to Show Cause Re: Dismissal of Entire Action from October 28, 2024 to November 25, 2024, allowing time for the settlement to be finalized and the Stipulation of Dismissal to be filed.

**JOINT STATUS REPORT RE CONDITIONAL SETTLEMENT**

1

Dated:  October 17, 2024

**LAW OFFICES OF DALE K. GALIPO**

2

3

By:  /s/ Benjamin S. Levine
         Dale K. Galipo

4

         Benjamin S. Levine
         *Attorneys for Plaintiff*

5

6

7

Dated:  October 17, 2024

**MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**

8

9

10

By:  /s/ Kayleigh A. Andersen
         Eugene P. Ramirez

11

         Kayleigh A. Andersen
         *Attorneys for Defendants*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**JOINT STATUS REPORT RE CONDITIONAL SETTLEMENT**