# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCESS ROBINSON, individually and as successor in interest to Robert Robinson, deceased,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>　　　　　Defendants. | No. 5:23-cv-00799-JAK (DTBx)<br><br>**ORDER RE REQUEST FOR ADDITIONAL TIME TO COMPLETE SETTLEMENT (DKT. 41)** |

1

Based on a review of the Request for Additional Time to Complete Settlement (the "Request" (Dkt. 41)), sufficient good cause has been shown for the requested relief. Therefore, the Request is **GRANTED**.

The parties shall have until November 18, 2024, to finalize settlement of this matter in its entirety. The hearing on the Order to Show Cause Re: Dismissal of Entire Action is continued from October 28, 2024, to November 25, 2024.

**IT IS SO ORDERED.**

Dated: October 21, 2024

John A. Kronstadt
United States District Judge