**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Tel: (818) 347-3333 | Fax: (818) 347-4118
*Attorneys for Plaintiff*

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
Eugene P. Ramirez (SBN 134865)
eugene.ramirez@manningkass.com
Kayleigh A. Andersen (SBN 306442)
kayleigh.andersen@manningkass.com
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Tel: (213) 624-6900 | Fax: (213) 624-6999
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCESS ROBINSON, individually and as successor in interest to Robert Robinson, deceased,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF RIVERSIDE; YASH PATEL; JOSHUA FANEUFF; FLORIN BLAJ; JASON CORTEZ; KAYLA MENDEZ; and DOES 3 through 10, inclusive,<br><br>　　　　Defendants. | **Case No. 5:23-cv-00799-JAK-DTB**<br>District Judge John A. Kronstadt<br>Mag. Judge David T. Bristow<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)]<br><br>*[Proposed] Order submitted concurrently herewith.* |

IT IS HEREBY STIPULATED by and between Plaintiff Princess Robinson ("Plaintiff") and Defendants County of Riverside, Yash Patel, Joshua Faneuff, Florin Blaj, Jason Cortez, and Kayla Mendez (collectively, "Defendants"), by and through their respective attorneys of record, that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). The parties further stipulate and respectfully request that the Court vacate all currently scheduled dates and deadlines in this action.

Dated: November 19, 2024    LAW OFFICES OF DALE K. GALIPO

By ___/s/ Dale K. Galipo___
Dale K. Galipo[1]
Benjamin S. Levine
Attorneys for Plaintiff

Dated: November 19, 2024    MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP

By ___/s/ Kayleigh A. Andersen___
Eugene P. Ramirez
Kayleigh A. Andersen
Attorney for Defendants

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.