1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCESS ROBINSON, individually and as successor in interest to Robert Robinson, deceased, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF RIVERSIDE; YASH PATEL; JOSHUA FANEUFF; FLORIN BLAJ; JASON CORTEZ; KAYLA MENDEZ; and DOES 3 through 10, inclusive, <br><br> Defendants. | Case No. 5:23-cv-00799-JAK-DTB <br><br> **[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

1  Pursuant to the stipulation by and between the parties, through their
2  respective attorneys of record, IT IS HEREBY ORDERED that the above-
3  captioned action be and hereby is dismissed in its entirety, with prejudice, with
4  each party to bear its own costs and attorneys' fees pursuant to Federal Rules of
5  Civil Procedure, Rule 41(a)(1)(A)(ii).
6  IT IS FURTHER ORDERED that all previously scheduled dates and
7  deadlines in this action, including the Order to Show Cause Re: Dismissal of
8  Entire Action, set for November 25, 2024 at 8:30 a.m., are VACATED.

10  IT IS SO ORDERED.

13  DATED: _____        _____

   HONORABLE JOHN A. KRONSTADT
   UNITED STATES DISTRICT JUDGE