**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRINCESS ROBINSON,<br><br>PLAINTIFF(S)<br>v.<br>COUNTY OF RIVERSIDE, et al.,<br><br>DEFENDANT(S) | CASE NUMBER<br>5:23-cv-00799-JAK (DTBx)<br><br>**NOTICE OF CLERICAL ERROR** |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document  ☒ docket entry   have/has been corrected as indicated below.

Title of scanned document: ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE

Filed date: 11/21/24     Document Number(s): 44

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected.  The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are: _____ .

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____ . The initials of the new judge(s) are: _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern  division. The case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern  division. The former case number _____ has been changed to new case number _____ .

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF   was stamped on the document. The correct date is _____ .

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☒ Other:   The image was not attached to the docket entry and will be re docketed.

CLERK, U.S. DISTRICT COURT

Date: 11/22/2024     By: Y. Louis. yvette_louis@cacd.uscourts.gov
                          Deputy Clerk

G-11 (06/23)         NOTICE OF CLERICAL ERROR