1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| PRINCESS ROBINSON, | No. 5:23-cv-00799-JAK (DTBx) |
|---|---|
| Plaintiff, | **ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE (DKT. 43)** |
| v. | |
| COUNTY OF RIVERSIDE, et al., | **JS-6: CASE TERMINATED** |
| Defendants. | |

1

Based on a review of the Stipulation to Dismiss Entire Action With Prejudice (the "Stipulation" (Dkt. 43)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

1. This matter is dismissed in its entirety, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

2. Each party shall bear its own costs and attorneys' fees.

3. All previously scheduled dates and deadlines in this action, including the Order to Show Case Re: Dismissal of Entire Action, set for November 25, 2024, are vacated.

**IT IS SO ORDERED.**

Dated: November 25, 2024

John A. Kronstadt
United States District Judge

2